**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CAROL A. CUNNINGHAM,<br><br>                    Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, and all officials, officers, agents, assigns, employees, successors, and all persons in concert or participation with them, in their official and individual capacity,<br><br>                    Defendant. | Case No. 07-CV-605-JHP-FHM |

## ORDER

Defendant's Motion to Strike Plaintiffs' Second Response to Defendant's Request for Dismissal [Dkt. 16] is GRANTED.

Plaintiff filed a "Second Response to Defendant's Request for Dismissal." [Dkt. 15]. That brief is a supplemental brief which was filed without leave of court in contravention of LCvR 7.2(h).

SO ORDERED this 16th day of June, 2008.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE